JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GARLAN DEANDRE BROWN,<br><br>    Petitioner,<br><br>    v.<br><br>MARTIN DITER, Acting Warden,<br><br>    Respondent. | Case No. CV 11-3124-GHK (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed.

Dated:   1/15/12

George H. King
United States District Judge