JS - 6/ENTER

FILED
JAN 17 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY ____ DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 17 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GARLAN DEANDRE BROWN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MARTIN DITER, Acting Warden,<br><br>　　　　Respondent. | Case No. CV 11-3124-GHK (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed.

Dated: __1/15/12__

_/s/ George H. King_
George H. King
United States District Judge